WILLIAM S. SCOTT, Bar No. 72581
SCOTT & NICHOLS
120 N. Hunter Street
Stockton, CA 95202
Telephone:     (209) 942-4300
Facsimile:     (209) 942-4450

DENNIS M. COTA, Bar No. 127992
DEREK P. COLE, Bar No. 204250
SCOTT E. HUBER, Bar No. 227196
COTA DUNCAN & COLE                          **OK/HAV**
2241 Douglas Boulevard, Suite 250
Roseville, California 95661
Telephone:     (916) 780-9009
Facsimile:     (916) 780-9050

Attorneys for Defendant
DAVID J. IREY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. GRUBBS; INTERNATIONAL CHEMICAL SYSTEMS, INC., DBA ENVIRONMENTAL CHEMICAL SOLUTIONS,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID J. IREY, AN INDIVIDUAL; AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 2:06-CV-01714-DFL-GGH<br><br>STIPULATION TO MODIFY SCHEDULING ORDER RE EXPERT WITNESS DISCLOSURES;  ORDER<br><br><br>Trial Date:     1/28/2008 |

<u>STIPULATION TO MODIFY SCHEDULING ORDER</u>

Plaintiffs, Edward J. Grubbs and International Chemical Systems, Inc., dba Environmental Chemical Solutions, Inc., and Defendant, David J. Irey, stipulate as follows:

1.      This action was filed on August 3, 2006.  The Court entered a Scheduling Order on November 21, 2006 setting a trial date of January 28, 2008 and imposed a discovery cutoff on August 31, 2006.   The Order also required the  parties to provide expert witness disclosures  by June 15, 2007 and rebuttal disclosures by July 16, 2007.

2.      The parties have met and conferred regarding the expert witness disclosure dates. Based on the non-expert discovery they expect to conduct prior to the August 31 discovery cutoff, they believe the  documents and other evidence they may discover would assist their expert witnesses in formulating opinions.   For that reason, the parties believe it would be  advantageous to extend the expert witness disclosures until after the discovery cutoff.  Further, because such an extension would provide the parties' experts with the benefit of all the evidence obtained during discovery, the extension may obviate the need for supplemental expert witness disclosures.

3.      In light of the above, the parties agree that they shall provide their expert witness disclosures by September 28, 2007.  They also agree to provide their rebuttal disclosures, if any,  by October 17, 2007.  Because all expert disclosures would occur after the discovery cutoff, the parties further agree they shall have until November 16, 2007 to take the depositions of the expert witnesses.

4.      The parties do not request that any other dates set forth in the Scheduling Order be changed at this time.

Dated:  June 11, 2007                        HELLER EHRMAN LLP


                                             By:  /s/ Joseph M. Parker
                                                Joseph M. Parker
                                                Attorneys for Plaintiffs Edward J. Grubbs and
                                                Environmental Chemical Solutions

1   Dated:  June 11, 2007                          SCOTT & NICHOLS

2
                                                   By:  /s/ William S. Scott
3                                                      William S. Scott
                                                       Attorney for Defendant David J. Irey
4

5

6   Dated:  June 11, 2007                          COTA DUNCAN & COLE

7
                                                   By:  /s/ Derek P. Cole
8                                                      Dennis M. Cota
                                                       Derek P. Cole
9                                                      Scott E. Huber
                                                       Attorneys for Defendant David J. Irey
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO MODIFY SCHEDULING ORDER/EXPERT WITNESSES
Case No. 2:06-CV-01714-DFL-GGH

1                                                     ORDER

2

3              In light of the parties' stipulations, the Court modifies the Scheduling Order issued on

4    November 21, 2006 as follows:

5              1.       The parties shall provide their expert witness disclosures per Fed.R.Civ.Proc.

6    26(a)(2) by September 28, 2007;

7              2.       The parties shall provide any rebuttal expert witness disclosures by  October 17,

8    2007; and

9              3.       The parties shall have until November 16, 2007 to take the depositions of expert

10   witnesses.

11             4.       All other dates and deadlines  set forth in the Scheduling Order  shall remain the

12   same.

13             IT IS SO ORDERED.

14

15

16   Dated: June 13, 2007

                                                  /s/ David F. Levi
17                                                _____
                                                  Judge of the Eastern District Court of California

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO MODIFY SCHEDULING ORDER/EXPERT WITNESSES
Case No. 2:06-CV-01714-DFL-GGH