JOSEPH J. ARMAO (Bar No. 129577)
E-MAIL: Joseph.Armao@Hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

JOSEPH M. PARKER (Bar No. 160349)
E-Mail: Joseph.Parker@Hellerehrman.com
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: +1.858.450.8400
Facsimile: +1.858.450.8499

Attorneys for Plaintiffs,
EDWARD J. GRUBBS; INTERNATIONAL
CHEMICAL SYSTEMS, INC., DBA
ENVIRONMENTAL CHEMICAL SOLUTIONS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. GRUBBS; INTERNATIONAL CHEMICAL SYSTEMS, INC., DBA ENVIRONMENTAL CHEMICAL SOLUTIONS,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID J. IREY, AN INDIVIDUAL; AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.: 2:06-CV-01714-RRB-GGH<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER AND RESCHEDULE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; ORDER**<br><br>The Honorable Ralph R. Beistline<br>Trial Date: 1/28/2008 |

STIPULATION TO MODIFY SCHEDULING ORDER AND RESCHEDULE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER

Case No. 2:06-CV-01714-RRB-GGH

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION TO MODIFY SCHEDULING ORDER**

Plaintiffs, Edward J. Grubbs and International Chemical Systems, Inc., dba Environmental Chemical Solutions, Inc., and Defendant, David J. Irey, Stipulate as follows:

1. This action was filed on August 3, 2006. The Court entered a Scheduling Order on November 21, 2006 setting a trial date of January 28, 2008 and imposed a discovery cutoff on August 31, 2006. The parties entered into a stipulation to amend this Scheduling Order to set new deadlines relating to expert witnesses. On June 13, 2007, the Court entered an order approving this stipulation, which continued the deadlines for expert witness disclosures, rebuttal disclosures, and expert witness depositions. The Order did not amend any other deadlines.

2. On June 19, 2007, the Defendant moved for summary judgment on all claims. Currently, this motion is scheduled to be heard on October 3, 2007.

3. The parties have both served requests for production and interrogatories on each other. They have also determined significant legal disputes exist as to documents and information being sought. The Defendant contends that, because much of the requested information and documents are part of an ongoing District Attorney investigation, the Defendant may not be obligated to produce the information and documents at this time. Presently, the parties are meeting informally in an attempt to resolve, or at least narrow, this dispute. Nonetheless, they anticipate that some motion(s) for protective orders may be filed, which would be based on significant legal issues and potentially issues of first impression. The parties accordingly believe they will be unable to resolve their discovery disputes, obtain rulings on any motions for protective orders, and produce information and documents responsive to the Magistrate Judge's rulings prior to the August 31 discovery cutoff.

4. The parties further believe their expert witnesses will rely substantially on the documents and information they obtain through discovery. The parties anticipate, for

STIPULATION TO MODIFY SCHEDULING ORDER AND RESCHEDULE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER

Case No. 2:06-CV-01714-RRB-GGH

PDF created with pdfFactory trial version www.pdffactory.com

instance, that testing and sampling data will be relevant to the opinions of scientifically-trained experts they have retained.  However, the obligation to produce such data is currently one of the parties' discovery disputes.  Consequently, so long as the permissible scope of non-expert discovery remains unresolved, the parties' experts cannot sufficiently conduct the analyses required to render opinions and provide disclosures per Federal Rule of Civil Procedure 26.

5.   In light of the above, the parties believe it would be advantageous to extend the deadlines for both non-expert and expert discovery.  In addition, to afford them the time they need to resolve their disputes, complete all discovery, and complete all pre-trial requirements (e.g., pre-trial disclosures, preparation of a joint pre-trial order, pre-trial conference), the parties believe it is necessary to continue the trial for at least three months.

6.   The parties have agreed to pursue mediation or some other form of voluntary dispute resolution.  If the attached Order is approved, they will utilize the additional time provided by this Agreement for purposes of settlement or narrowing the issues to be tried.

7.   For the above reasons, the parties agree that trial be reset to May 19, 2008, or a date convenient to the Court's calendar; the non-expert discovery cutoff be extended to December 14, 2007; expert disclosures be provided by January 16, 2007; rebuttal expert disclosures be provided by February 8, 2008; and expert depositions be concluded by March 7, 2008.  The parties further agree that the hearing on the Defendant's Motion for Summary Judgment be reset to February 20, 2008, or as soon thereafter as the matter may be heard.

8.   To accommodate these requests, the parties also request that other deadlines, including those pertaining to their pre-trial disclosures and the pre-trial order, be continued as proposed in the attached [Proposed] Order.

Dated: July __, 2007                    HELLER EHRMAN LLP

By:_____
    Joseph J. Armao
    Joseph M. Parker
    Attorneys for Plaintiffs Edward J. Grubbs
    and Environmental Chemical Solutions

STIPULATION TO MODIFY SCHEDULING ORDER AND RESCHEDULE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER

Case No. 2:06-CV-01714-RRB-GGH

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: July __, 2007 | SCOTT & NICHOLS |
| 2 | | |
| 3 | | By:_____ |
| 4 | | William S. Scott<br>Attorney for Defendant David J. Irey |
| 5 | Dated: July __, 2007 | COTA DUNCAN & COLE |
| 6 | | |
| 7 | | By:/s/Derek P. Cole _____<br>Dennis M. Cota |
| 8 | | Derek P. Cole<br>Scott E. Huber<br>Attorneys for Defendant David J. Irey |

STIPULATION TO MODIFY SCHEDULING ORDER AND RESCHEDULE HEARING DATE ON
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER

Case No. 2:06-CV-01714-RRB-GGH

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER (AS MODIFIED BY THE COURT)

In light of the parties' stipulations, the Court modifies the Scheduling Order issued on November 21, 2006, and amended June 13, 2007, as follows:

1. The parties shall complete their non-expert discovery by December 14, 2007;

2. The parties shall provide their expert witness disclosures, if any, by January 16, 2008, any rebuttal disclosures by February 8, 2008, and shall conclude all expert witness depositions by March 7, 2008;

3. Hearing on Defendant's Motion for Summary Judgment shall be reset to February 20, 2008 at 10:00 a.m.  Should the Plaintiffs file a motion for summary judgment, they shall do so by such date as would allow a hearing on that motion the same day set forth in this paragraph for Defendant's motion;

4. Trial shall be reset to commence on May 19, 2008 at 9:00 a.m.;

5. The pre-trial conference in this matter shall occur on April 2, 2008 at 2:00 p.m.; and

6. All other deadlines (e.g., for joint pre-trial statement, pre-trial disclosures, etc.) shall be as set forth in the Local Rules.

Dated:  July 30, 2007         /s/ Ralph R. Beistline_____
                              Judge of the Eastern District Court of California

---

STIPULATION TO MODIFY SCHEDULING ORDER AND RESCHEDULE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER

Case No. 2:06-CV-01714-RRB-GGH

PDF created with pdfFactory trial version www.pdffactory.com