1  JOSEPH J. ARMAO (Bar No. 129577)
   MATTHEW K. NARENSKY (Bar No. 215604)
2  E-MAIL: Joseph.Armao@Hellerehrman.com
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA  94104-2878
4  Telephone: +1.415.772.6000
   Facsimile: +1.415.772.6268
5
   Attorneys for Plaintiffs,
6  EDWARD J. GRUBBS; INTERNATIONAL
   CHEMICAL SYSTEMS, INC., DBA
7  ENVIRONMENTAL CHEMICAL SOLUTIONS

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  EDWARD J. GRUBBS; INTERNATIONAL CHEMICAL SYSTEMS, INC., DBA ENVIRONMENTAL CHEMICAL SOLUTIONS, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID J. IREY, AN INDIVIDUAL; AND DOES 1-100, INCLUSIVE, <br><br> Defendants. | Case No.: 2:06-CV-01714-RRB-GGH <br><br> **STIPULATION TO MODIFY SCHEDULING ORDER; ORDER** <br><br> The Honorable Ralph R. Beistline <br> Trial Date: 5/19/2008 |

## STIPULATION TO MODIFY SCHEDULING ORDER

Plaintiffs, Edward J. Grubbs and International Chemical Systems, Inc., dba Environmental Chemical Solutions, Inc., and Defendant, David J. Irey, Stipulate as follows:

1. In several conferences over the last few weeks, the parties have determined that a significant legal dispute exists as to the discovery of documents and information central to the claims and issues presented in this case. Specifically, Defendant contends that he is not obligated to produce most of the information and documents requested by Plaintiffs in this action on the ground that this discovery relates to an ongoing District Attorney investigation. Plaintiffs disagree with Defendant's position, and believe that there is no legal basis for withholding this discovery. Accordingly, Defendant has indicated he intends to file a motion for protective order.

2. Counsel for the parties have met and conferred regarding the timing of this motion for protective order, and in light of previously scheduled commitments, including scheduled trial dates, the parties have agreed to a short delay of 3 months before resolving this threshold discovery matter. The parties have further agreed that Defendant shall file his motion for protective order in early January of 2008, to be heard on a date convenient to Magistrate Judge Hollows sometime on or before January 24, 2008. To accommodate this schedule, the parties have also agreed to extend the dates set forth in the current Scheduling Order by 3 months.

3. Accordingly, the parties request that the Court approve of this stipulation and amend the Scheduling Order as proposed in the attached [Proposed] Order.

Dated: October 19, 2007                    HELLER EHRMAN LLP


By:   /s/ Joseph J. Armao
      Joseph J. Armao
      Matthew K. Narensky
      Attorneys for Plaintiffs

1

STIPULATION TO MODIFY SCHEDULING ORDER; [PROPOSED] ORDER
Case No. 2:06-CV-01714-RRB-GGH

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1  Dated: October 19, 2007 | COTA DUNCAN & COLE |
| 2 | |
| 3 | By:  /s/ Derek P. Cole |
| 4 | Dennis M. Cota |
|   | Derek P. Cole |
|   | Scott E. Huber |
| 5 | Attorneys for Defendant David J. Irey |

2

STIPULATION TO MODIFY SCHEDULING ORDER; [PROPOSED] ORDER
Case No. 2:06-CV-01714-RRB-GGH

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

In light of the parties' stipulations, the Court modifies the Scheduling Order issued on July 30, 2007, as follows:

1. The parties shall complete their non-expert discovery by March 14, 2008;

2. The parties shall provide their expert witness disclosures, if any, by April 16, 2008, any rebuttal disclosures by May 9, 2008, and shall conclude all expert witness depositions by June 6, 2008;

3. Hearing on Defendant's Motion for Summary Judgment shall be reset to May 21, 2008 at 10:00 a.m.  Should the Plaintiffs file a motion for summary judgment, they shall do so by such date as would allow a hearing on that motion the same day set forth in this paragraph for Defendant's motion;

4. Trial shall be reset to commence on August 18, 2008 at 9:00 a.m.;

5. The pre-trial conference in this matter shall occur on July 2, 2008 at 2:00 p.m.; and

6. All other deadlines (e.g., for joint pre-trial statement, pre-trial disclosures, etc.) shall be as set forth in the Local Rules.

IT IS SO ORDERED.

Dated:  October 22, 2007          /s/ Ralph R. Beistline_____
                                  Judge of the Eastern District Court of California

PDF created with pdfFactory trial version www.pdffactory.com