1  WILLIAM S. SCOTT, Bar No. 72581
   SCOTT & NICHOLS
2  120 N. Hunter Street
   Stockton, CA  95202
3  Telephone:   (209) 942-4300
   Facsimile:    (209) 942-4450
4
   DENNIS M. COTA, Bar No. 127992
5  DEREK P. COLE, Bar No. 204250
   CAROLYN J. CAFORIO, Bar No. 245479
6  COTA DUNCAN & COLE
   2261 Lava Ridge Court
7  Roseville, California  95661
   Telephone:   (916) 780-9009
8  Facsimile:    (916) 780-9050

9  Attorneys for Defendant
   DAVID J. IREY
10

11                    UNITED STATES DISTRICT COURT

12                  FOR THE EASTERN DISTRICT OF CALIFORNIA

13 | EDWARD J. GRUBBS; INTERNATIONAL        | Case No. 2:06-CV-01714-RRB-GGH
   | CHEMICAL SYSTEMS, INC., DBA            |
14 | ENVIRONMENTAL CHEMICAL                 | STIPULATION TO MODIFY
   | SOLUTIONS,                             | SCHEDULING ORDER; ORDER
15 |                                        |
   |         Plaintiffs,                    |
16 |                                        |
   |     v.                                 | Trial Date:  8/18/2008
17 |                                        |
   | DAVID J. IREY, AN INDIVIDUAL; AND      |
18 | DOES 1-100, INCLUSIVE,                 |
19 |         Defendants.                    |

{DPC/00002551.}

STIPULATION TO MODIFY SCHEDULING ORDER
Case No. 2:06-CV-01714-RRB-GGH

PDF created with pdfFactory trial version www.pdffactory.com

## STIPULATION TO MODIFY SCHEDULING ORDER

Plaintiffs, Edward J. Grubbs and International Chemical Systems, Inc., dba Environmental Chemical Solutions, Inc., and Defendant, David J. Irey, stipulate as follows:

1. On October 22, 2007, following the stipulation of the parties, the Court entered an order continuing the trial date (until August 18, 2008), all pre-trial deadlines, and the hearing date for the Defendant's Motion for Summary Judgment (to May 21, 2008). The Court had previously entered a modified Scheduling Order on July 30, 2007 following a prior stipulation by the parties.

2. On January 11, 2008, the Defendant filed a Motion to Stay (Docket No. 21), seeking a one-year stay of this action, subject to extension by further motion. The Motion to Stay was filed in light of the parties' dispute regarding the Defendant's obligation to respond to the Request for Production (Set One) and Interrogatories (Set One) received from the Plaintiffs, copies of which were attached to the Motion to Stay. The Defendant, a Deputy District Attorney for San Joaquin County, contends the requested discovery would require him to turn over confidential documents that are part of an ongoing and official investigation. The Plaintiffs contend the discovery is appropriate, disagree with Defendant's asserted objections to responding to this discovery, and believe Defendant's request for a stay of this action lacks merit.

3. The parties have met and conferred regarding the Motion to Stay and the effect of their discovery dispute on the trial date, pre-trial deadlines, and Motion for Summary Judgment. To ensure that Plaintiffs and Defendant have adequate time to conduct and complete discovery following the Court's ruling on the Motion to Stay and/or any stay granted, the Parties request that all dates and deadlines currently set be vacated, subject to re-establishment following denial of the Motion to Stay or expiration of any stay granted.

4. To ensure that this action can proceed expeditiously following denial of the Motion to Stay or expiration of any stay granted, the Parties would agree to (a) hold a conference on all pertinent subjects addressed by Local Rule 16-240(a) within 30 days following the denial

///

///

{DPC/00002551.}        - 1 -

PDF created with pdfFactory trial version www.pdffactory.com

or expiration; and (b) submit a joint report to the Court per Local Rule 16-240(b) within 14 days of their conference. Thereafter, the Court could enter a new Scheduling Order with all trial dates and deadlines.

Dated: January 24, 2008                    HELLER EHRMAN LLP

By: /s/ Matthew K. Naransky
    Joseph J. Armao
    Matthew K. Naransky
    Attorneys for Plaintiffs Edward J. Grubbs and
    Environmental Chemical Solutions

Dated: January 24, 2008                    COTA DUNCAN & COLE

By: /s/ Derek P. Cole
    Dennis M. Cota
    Derek P. Cole
    Carolyn J. Caforio
    Attorneys for Defendant David J. Irey

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

In light of the parties' stipulations, the Court modifies the Scheduling Order, as amended on October 22, 2007, as follows:

1. All dates and deadlines previously established in the Scheduling Order, including the trial date, pre-trial deadlines, and hearing on the Defendant's Motion for Summary Judgment, are vacated pending the Court's resolution of the Defendant's Motion to Stay;

2. Within 30 days following the Court's (a) denial of the Defendant's Motion to Stay (Docket Number 21), or (b) expiration of any stay the Court grants, the parties shall meet and confer per Local Rule 16-240(a) on all pertinent subjects; and

3. Within 14 days of the parties' conference, the parties shall jointly submit a report to the Court per Local Rule 16-240(b), upon receipt of which the Court shall enter a new Scheduling Order.

IT IS SO ORDERED.

Dated: January 30, 2008

/s/ Ralph R. Beistline
Judge of the Eastern District Court of California

PDF created with pdfFactory trial version www.pdffactory.com