1  WILLIAM S. SCOTT, Bar No. 72581
   SCOTT & NICHOLS
2  120 N. Hunter Street
   Stockton, CA 95202
3  Telephone:  (209) 942-4300
   Facsimile:  (209) 942-4450
4
   DENNIS M. COTA, Bar No. 127992
5  DEREK P. COLE, Bar No. 204250
   CAROLYN J. FRANK, Bar No. 245479
6  COTA COLE & ASSOCIATES
   2261 Lava Ridge Court
7  Roseville, CA 95661
   Telephone:  (916) 780-9009
8  Facsimile:  (916) 780-9050

9  Attorneys for Defendant
   DAVID J. IREY
10

11                    UNITED STATES DISTRICT COURT

12                 FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  EDWARD J. GRUBBS; INTERNATIONAL CHEMICAL SYSTEMS, INC., DBA ENVIRONMENTAL CHEMICAL SOLUTIONS,<br><br>          Plaintiffs,<br><br>     v.<br><br>DAVID J. IREY, AN INDIVIDUAL; AND DOES 1-100, INCLUSIVE,<br><br>          Defendants. | Case No. 2:06-CV-01714-JAM-GGH<br><br>STIPULATION AND ORDER TO STAY CASE<br><br>Trial Date: Not set |

{DPC/00006705.}

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION
Case No. 2:06-CV-01714-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs, Edward J. Grubbs and International Chemical Systems, Inc., dba Environmental Chemical Solutions, Inc., and Defendant, David J. Irey, stipulate as follows:

RECITALS

A.  Plaintiffs Edward J. Grubbs and International Chemical Solutions, Inc. dba Environmental Chemical Solutions ("ECS") filed this action on August 3, 2006, asserting claims under 42 U.S.C. § 1983 and California law. Defendant David J. Irey answered the Complaint on September 11, 2006.

B.  Defendant is a deputy district attorney for San Joaquin County who specializes in enforcement of environmental laws and regulations. ECS has developed and markets a product and program known as FM 186 to address containment and clean up of small hydrocarbon spills. Grubbs is the President of ECS. Since 2001, Defendant has been investigating ECS' claims as to the efficacy of FM 186 as well as the use and disposal of FM 186 by retail outlets, gasoline service stations, and other commercial users. Through this action, ECS and Grubbs claim Defendant's investigation violates their rights to equal protection and procedural due process and that Defendant has made defamatory statements about them and the product.

C.  A Pre-Trial Scheduling Order was entered on November 21, 2006 (Docket No. 10.) This order set discovery and motion deadlines and set trial to begin on January 28, 2008. In June 2007, plaintiffs propounded discovery requests on Defendant seeking documents and other information related to the claims and issues presented in this case. Defendant objected to the discovery propounded by Plaintiffs on the ground that the discovery relates to an ongoing District Attorney investigation.

D.  By stipulation of the parties, the Court entered an amended Pre-Trial Scheduling Order on October 22, 2007 (Docket No. 20) continuing the trial date to August 18, 2008 and continuing the discovery and motion deadlines, for the purpose of permitting Defendant to raise his discovery objections with the Court.

E.  On January 11, 2008, Defendant filed a Motion to Stay this action pending the San Joaquin District Attorney investigation of ECS. In light of this motion, the Court entered a

{DPC/00006705.}                            -1-

PDF created with pdfFactory trial version www.pdffactory.com

stipulation by the parties vacating the trial date and all other deadlines pending resolution of the motion (Docket No. 23). The Court granted the motion on March 31, 2008, staying this action for 6 months (Docket No. 28). By its terms, the stay expired on September 30, 2008.

F. As discussed above, prior to the stay of this action, Plaintiffs had served requests for production of documents and interrogatories on Defendant that sought records and information Defendant had obtained as part of his ECS investigation. Following expiration of the stay, and in response to Plaintiffs' discovery requests, Defendant filed a Motion for Protective Order on December 1, 2008, asserting the "official information" privilege. The parties then met and conferred a number of times following the filing of that motion in an effort to resolve their discovery dispute and also engaged in limited settlement discussions. From these discussions, the parties have agreed that the discovery dispute and this action would best be resolved by staying this case for an additional period of time, subject to the conditions described below.

G. The hearing for Defendant's Motion for Protective Order was set for February 19, 2009 at 10:00 a.m. in Courtroom 24. In light of this stipulation, that hearing date has been vacated and Defendant has withdrawn his Motion for Protective Order.

STIPULATION

1. The parties have met and conferred and, for the reasons stated above, they have agreed to stay this action in its entirety for one additional period, which shall commence on the date the Court approves this Stipulation, and which shall expire on September 30, 2009.

2. Defendant agrees that, should the San Joaquin County District Attorney's Office desire to commence or join in civil or criminal proceedings against parties including Plaintiffs concerning the production, marketing, disposal, and/or use of FM 186, it will do so no later than September 30, 2009. For purposes of this Stipulation, "civil or criminal proceeding" includes any enforcement action brought by any district attorney, city attorney, or law enforcement agency within California. If the San Joaquin County District Attorney's Office has not commenced or joined in such a civil or criminal proceeding by September 30, 2009 that includes Plaintiffs, Defendant shall provide written confirmation to Plaintiffs' counsel that the San Joaquin County

PDF created with pdfFactory trial version www.pdffactory.com

District Attorney will not commence or join in any civil or criminal proceeding that includes Plaintiffs concerning the production, marketing, disposal and/or use of FM 186.

Dated:  February 27, 2009                    WINSTON & STRAWN LLP

                                             By: /s/ Joseph J. Armao
                                                 Joseph J. Armao
                                                 Matthew K. Narensky
                                                 Attorneys for Plaintiffs Edward J. Grubbs and
                                                 Environmental Chemical Solutions

Dated:  February 27, 2009                    COTA COLE & ASSOCIATES

                                             By: /s/ Derek P. Cole
                                                 Dennis M. Cota
                                                 Derek P. Cole
                                                 Carolyn J. Frank
                                                 Attorneys for Defendant David J. Irey

## ORDER

In light of the parties' stipulation, the Court stays this case in its entirety until September 30, 2009. Within 30 days after expiration of the stay, the parties shall file a joint status report per Local Rule 16-240, and the parties shall thereafter comply with the meet-and-confer requirements of that rule.

IT IS SO ORDERED.

Dated:  March 2, 2009                        /s/ John A. Mendez
                                             Judge of the Eastern District Court of California

{DPC/00006705.}                    -3-
STIPULATION AND [PROPOSED] ORDER TO STAY ACTION
Case No. 2:06-CV-01714-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com