# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. GRUBBS; INTERNATIONAL CHEMICAL SYSTEMS, INC., DBA ENVIRONMENTAL CHEMICAL SOLUTIONS,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID J. IREY, AN INDIVIDUAL; AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 2:06-CV-01714-MCE-GGH<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)** |

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that this Action is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Each Party to this Action shall bear its own costs and attorneys' fees. The Clerk is directed to close the file.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1     The Court shall, however, retain and have jurisdiction over the Parties for purposes of enforcing the terms of the Settlement Agreement entered into by the Parties and attached as Exhibit A to the Parties' Stipulation to Dismiss Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court's jurisdiction shall end upon the completion of the joint sampling required in Paragraph 2 of the Settlement Agreement.

    IT IS SO ORDERED.

Dated: March 9, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com